# Order

Michigan Supreme Court
Lansing, Michigan

June 3, 2010

139972 & (60)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOHN SHIVERS,
        Plaintiff-Appellee and
        Cross-Appellant,

v

        SC: 139972
        COA: 284635
        Saginaw CC: 05-056430-NM

SUSAN SCHMIEGE, M.D. and VALLEY
ANESTHESIA PC,
        Defendant-Appellants and
        Cross-Appellees,

and

ST. MARY'S MEDICAL CENTER OF
SAGINAW INC, d/b/a ST. MARY'S MEDICAL
CENTER and BEPINEEDU MAGANTI,
        Defendants.

_____/

On order of the Court, the application for leave to appeal the September 29, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J. and CAVANAGH and HATHAWAY, JJ., would grant the application for leave to appeal as cross-appellant.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010

y0526

Clerk